[No. 41563-1-II.   Division Two.   March 13, 2012.]

REALM, INC., *Appellant*, v. THE CITY OF OLYMPIA, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-02902-1, Wm. Thomas McPhee, J., entered November 12, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Van Deren and Johanson, JJ. Now published at 168 Wn. App. 1.

[No. 42069-4-II.   Division Two.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A.J., *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 10-8-00073-2, Elizabeth B. Penoyar, J. Pro Tem., entered April 7, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 29512-5-III.   Division Three.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC H. HUFFERD-OUELLETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 06-1-00430-3, Lesley A. Allan, J., entered November 12, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Sweeney and Brown, JJ.

[No. 29567-2-III.   Division Three.   March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE RAY HIGHTOWER, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 26, 2012. Substitute opinion filed. See 169 Wn. App. 1002.